**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

_____

NANCY THOMER,                         :        CIVIL ACTION
                                      :
                        Plaintiff     :
                                      :
        v.                            :        No.     10-CV-375
                                      :
ALLSTATE INSURANCE COMPANY,           :
                                      :
                        Defendant     :
_____ :

## ORDER

    **AND NOW**, this 9th day of May, 2011, upon consideration of the Motion for Summary

Judgment (Doc. No. 25) filed by Defendant Allstate Insurance Company ("Allstate"), the

Response in Opposition filed by Plaintiff Nancy Thomer ("Thomer"), the Reply Memorandum

filed by Allstate, and the Surreply in Opposition filed by Thomer, it is hereby **ORDERED** that:

    (1)    Allstate's Motion for Summary Judgment is **GRANTED**; and

    (2)    Thomer's case is **DISMISSED WITH PREJUDICE**.


BY THE COURT:

/s/ Robert F. Kelly_____
ROBERT F. KELLY
SENIOR JUDGE